UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARVELL ANTONIO CULP, Plaintiff | CIVIL ACTION NO. 1:16-CV-1680-P |
| VERSUS | JUDGE DONALD E. WALTER |
| UNITED STATES OF AMERICA, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

In a response to the Report and Recommendation, Plaintiff states that he filed the captioned suit in error, under the mistaken belief that his previous case, 1:16-cv-1267, had been dismissed in full as opposed to only the Bivens claim being dismissed. (Doc. 13).

Therefore, **IT IS ORDERED** that the captioned matter is hereby **DISMISSED** without prejudice to the prosecution of Culp's FTCA claim in the currently pending suit, 1:16-cv-1267.

**IT IS FURTHER ORDERED** that, because of Plaintiff's misunderstanding, the filing fee in the captioned matter only **SHALL NOT** be collected. Plaintiff is still responsible for filing fees incurred in other cases.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 9 day of May, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE